IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MARVIN REEVES,**
**ADC #119838**                                                                                      PLAINTIFF

v.                              No. 2:11-cv-195-DPM-JTR

WENDY KELLEY, Chief Deputy Director of Health,
Arkansas Department of Correction; HUGES, Doctor,
East Arkansas Regional Unit, ADC; ANDERSON, Doctor,
Diagnostic Unit, ADC; LEGIT, Doctor, Ouachita
River Unit, ADC; MARYBETH FLOYD, APN,
East Arkansas Regional Unit, ADC; DAVID WARE,
Doctor, East Arkansas Regional Unit, ADC;
DON BALL, Doctor, East Arkansas Regional Unit, ADC;
CAMPBELL, APN, East Arkansas Regional Unit, ADC;
STRICKLING, East Arkansas Regional Unit, ADC;
SIMMONS, East Arkansas Regional Unit, ADC; and
YOUNG, Ouachita River Unit, ADC                                        DEFENDANTS

ORDER

Reeves moves to voluntarily dismiss this action so that he may properly exhaust his administrative remedies against the Defendants. Dismissal at this stage is a matter of right. FED. R. CIV. P. 41(a)(1)(A)(i). Motion, *Document No. 5*, granted. Reeves's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 January 2012