IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARVIN REEVES,
ADC #119838                                                                                               PLAINTIFF

v.                              No. 2:11-cv-195-DPM-JTR

WENDY KELLEY, Chief Deputy Director of Health,
Arkansas Department of Correction; HUGES, Doctor,
East Arkansas Regional Unit, ADC; ANDERSON, Doctor,
Diagnostic Unit, ADC; LEGIT, Doctor, Ouachita
River Unit, ADC; MARYBETH FLOYD, APN,
East Arkansas Regional Unit, ADC; DAVID WARE,
Doctor, East Arkansas Regional Unit, ADC;
DON BALL, Doctor, East Arkansas Regional Unit, ADC;
CAMPBELL, APN, East Arkansas Regional Unit, ADC;
STRICKLING, East Arkansas Regional Unit, ADC;
SIMMONS, East Arkansas Regional Unit, ADC; and
YOUNG, Ouachita River Unit, ADC                                       DEFENDANTS

JUDGMENT

Reeves's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

   20 January 2012